■

GLOBAL INDUSTRIAL TECHNOLO-
GIES, INC., petitioner, v. HARTFORD
ACCIDENT AND INDEMNITY COM-
PANY, et al.

No. 11–280.

Nov. 7, 2011.

Petition for writ of certiorari to the
United States Court of Appeals for the
Third Circuit denied.